NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SIG SAUER INC.,**
*Appellant*

**v.**

**NST GLOBAL, LLC, DBA SB TACTICAL,**
*Cross-Appellant*

---

2021-2241, 2021-2242, 2021-2247, 2021-2248

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-00423, IPR2020-00424.

---

## JUDGMENT

---

ERIC G.J. KAVIAR, Burns & Levinson LLP, Boston, MA, argued for appellant. Also represented by LAURA CARROLL, JOSEPH M. MARAIA.

BRITTANY J. MAXEY-FISHER, Maxey-Fisher, PLLC, St. Petersburg, FL, argued for cross-appellant. Also represented by STACEY TURMEL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, SCHALL, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 8, 2022    /s/ Peter R. Marksteiner
Date    Peter R. Marksteiner
    Clerk of Court